UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> V. ) <br> ) <br> ) <br> ) <br> ROBERT M. BERZON ) <br> ) <br> ) | CRIMINAL NO. 05 CR 10118 NMG <br><br> VIOLATIONS: <br><br> 18 U.S.C. § 1711 - Misappropriation of postal funds |

## INDICTMENT

COUNT ONE:
18 U.S.C. § 1711
(Misappropriation of postal funds)

The Grand Jury charges that:

Beginning at least as early as January of 2004 and continuing until at least in or about October of 2004, at Cambridge, in the District of Massachusetts,

**ROBERT M. BERZON,**

defendant herein, while being a Postal Service officer and employee, did, without authorization by law, convert to his own use money and property coming into his hands and under his control in any manner, in the execution and under color of his office, employment, and service.

All in violation of Title 18, United States Code, Section 1711.

A TRUE BILL

_____
FOREPERSON OF GRAND JURY


_____
S. Waqar Hasib
Trial Attorney, U.S. Attorney's Office


DISTRICT OF MASSACHUSETTS, Boston, May 4, 2005.


Returned into the District Court by the Grand Jurors and filed.


_____
Deputy Clerk   12:42 pm.

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10118 NMG**

# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

Place of Offense: __Cambridge__    Category No. __II__    Investigating Agency __US POSTAL__

City __Cambridge__

County __Middlesex__

**Related Case Information:**
Superseding Ind./ Inf.  __N/A__    Case No. _____
Same Defendant __N/A__    New Defendant _____
Magistrate Judge Case Number __N/A__
Search Warrant Case Number __N/A__
R 20/R 40 from District of __N/A__

**Defendant Information:**

Defendant Name __Robert M. Berzon__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __135 Grove Street, Melrose, MA 02176__

Birth date (Year only): __1951__  SSN (last 4 #): __2932__  Sex __M__  Race: _____  Nationality: _____

Defense Counsel if known: __N/A__    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __S. Waqar Hasib__    Bar Number if applicable __California 234818__

Interpreter:  ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 4, 2005    Signature of AUSA: _____


JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

05cr10118NMG

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Robert M. Berzon

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1711 | Misappropriation of postal funds | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**