AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

**APPEARANCE**

Case Number: 05 CR 10118 NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   ROBERT M. BERZON

MAY 24, 2005
Date

Signature

DARIUS ARBABI
Print Name

600 WORCESTER RD
Address

FRAMINGHAM    MA    01702
City                State            Zip Code

(508) 879-5879
Phone Number