UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
V.                        )    CRIMINAL NO. 05-CR-10118-NMG
                          )
ROBERT M. BERZON          )

### INITIAL STATUS CONFERENCE REPORT

The parties respectfully report the following with respect to the items set forth in Local Rule 116.5(A)(1):

(1) No relief is sought from the otherwise applicable timing requirements imposed by Local Rule 116.3.

(2) There are no requests for discovery concerning expert witnesses under Fed.R.Crim.P. 16(a)(1)(E).

(3) The government has received no requests for additional discovery. The government has requested copies of video surveillance conducted in this case, and will turn them over as soon as they are completed. The government will promptly disclose any additional material it discovers in accordance with Fed.R.Crim.P. 16(c).

(4) The parties agree that an initial motion date should not be established at this time.

(5) The parties agree that no additional periods of excludable delay should be ordered at this time.

(6) The parties do not anticipate that a trial will be necessary. The parties have engaged in preliminary negotiations regarding restitution amounts in an effort to

resolve this matter by plea agreement. If these negotiations fail and a trial ensues, the government expects such a trial to last two days.

(7) The parties agree that a final status conference should be set for a date approximately 30 days after the date of this conference.

                                      Respectfully submitted,

ROBERT M. BERZON                  MICHAEL J. SULLIVAN
                                         United States Attorney

By: _____     By: _____
    DARIUS A. ARBABI                      S. WAQAR HASIB
    Attorney for Defendant            Sp. Assistant U.S. Attorney

June 24, 2005