UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10118-NMG

UNITED STATES OF AMERICA

v.

ROBERT M. BERZON

## FURTHER ORDER ON EXCLUDABLE TIME

June 24, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 21, 2005 through July 14, 2005,

that being the period between the expiration of the initial order on excludable time and the Final Status Conference.

Based upon the prior order of the court dated May 24, 2005, and this order, at the time of the Final Status Conference on July 14, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

_/ s / Judith Gail Dein_
JUDITH GAIL DEIN
United States Magistrate Judge