```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-CR-10118-NMG |
| | ) |
| ROBERT M. BERZON | ) |
| | ) |
| Defendant | ) |

### JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The United States and counsel for defendant Berzon file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

(1) There are no outstanding discovery issues.

(2) The parties do not anticipate providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant is not asserting an alibi.

(5) The defense has not filed, and does not intend to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial.

(6) There is no need to schedule any other matter in this case.

(7) The parties believe the case will be resolved by plea. The terms of the plea agreement are yet to be determined.

(8) The parties agree that the following periods of time are excludable for purpose of the Speedy Trial Act:

- May 25, 2005 - June 21, 2005 (27 days) - pursuant to Local Rule 112.2(A)(2).
- June 21, 2005 - July 14, 2005 (23 days) - pursuant to 18 U.S.C. § 3161(h)(8)(A) and this Court's order of June 24, 2005.

(9)  The parties anticipate the case will be resolved by plea, but if the case went to trial it would last 2 days.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                         By:  /s/ S. WAQAR HASIB
                                S. WAQAR HASIB
                                Assistant U. S. Attorney
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
                                (617)748-3184