UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
05-10118-NMG

UNITED STATES OF AMERICA

v.

ROBERT M. BERZON

**FINAL STATUS REPORT**

July 14, 2005

DEIN, M.J.

A final status conference was held before this court on July 14, 2005, at which time the court was notified by defendant's counsel that the parties are in the process of finalizing a plea agreement. Consequently, this court enters the following report, in accordance with Local Rule 116.5(D):

1. The defendant intends to enter a plea, although the final agreement is not yet signed.

2. Discovery is completed.

3. There are no outstanding discovery issues. The defendant does not anticipate filing any dispositive motions.

4. Based upon the prior orders of the court dated May 24, 2005 and June 24, 2005, at the time of the Final Status Conference on July 14, 2005, there were zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried. The court has on this date entered a further order on excludable time excluding the period July 14, 2005 through July 28, 2005 to give the parties time to finalize the plea agreement.

5. In the event that a trial is necessary, the parties anticipate it would last two (2) days.

6.   The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                             / s / Judith Gail Dein
                                            Judith Gail Dein
                                            United States Magistrate Judge