UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10118-NMG

UNITED STATES OF AMERICA

v.

ROBERT M. BERZON

## FURTHER ORDER ON EXCLUDABLE TIME

July 14, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 14, 2005 through July 28, 2005

to give the parties time to finalize a plea agreement.

Based upon the prior orders of the court dated May 24, 2005, June 24, 2005, and this order, as of July 28, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge