UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No. 05 CR 10118 NMG
Violation: Misappropriation of Postal Funds

United States of America    )
                            )
        v.                  )
                            )
Robert M. Berzon            )

## DEFENDANT'S PRE-SENTENCING MEMORANDUM

### Sentencing Recommendation

The defendant and his counsel join in the recommendation of the U.S. Attorney's office that the defendant be found guilty, ordered to repay $23,911.45, the amount that the defendant misappropriated from the US Postal Service, and be placed on probation for a period of two years following his guilty plea. The funds for the restitution payment will come from the recent refinancing of the defendant's home.

### Defendant's Personal History

Robert M. Berzon was born in Brookline, Massachusetts on January 3, 1951. He has a half-brother and a half-sister, Harvey Berzon and Nancy Phillips, both of whom are older than he. His half-brother resides in Puerto Vallarta, Mexico, and is employed as certified public accountant. Mr. Berzon's half-sister lives in Colorado Springs, Colorado, and works for the United States Air Force as a civilian chemical engineer.

Mr. Berzon's parents remained married until his father's death in 1976. Mr. Berzon's father had been married prior to the marriage to his mother. That marriage ended in divorce to Mr. Berzon's father's gambling habits, which involved, among other

activities, card games two to three times per week and gambling trips to Las Vegas every two to three months.

Mr. Berzon's father's gambling habits continued during his second marriage. Mr. Berzon reports that he never had a traditional father-son relationship with his father. His father was always working at the family's furniture store in East Boston or spending time away from home gambling. He seemed to have little time for his son. Mr. Berzon's father died at Ceasar's Palace in Las Vegas during a gambling trip there in 1976.

Mr. Berzon is married to Debra (Berger) Berzon, and has been since 1975. This is the couple's first marriage. They have no children. For the past twenty-seven years his wife has been and is employed as a licensed practical nurse in the neuro-stroke unit at the Spaulding Rehabilitation Hospital. He and his wife have owned their own home for twenty-seven years. They purchased their home after they had been married for three years.

### Educational History

Mr. Berzon graduated from Revere High School in 1968. He was, at best, an average student. Following graduation he attended the Massachusetts Radio and TV repair school, but instead of studying his lessons he would go to the Wonderland dog track. Mr. Berzon did not graduate from the repair school.

### Employment History

Mr. Berzon's first job was in an arcade in Revere Beach, Massachusetts, running a water-gun game. He worked there for two summers. Upon graduation from high school, he worked in his parents' furniture store, known as Robert's Sales. Mr. Berzon would help with collections, going door-to-door to collect from customers.

Mr. Berzon continued to work for his parents at their new store on Meridian Street in East Boston, and also when they opened a larger store on Bennington Street in East Boston. Mr. Berzon worked for his parents until his father closed the store in 1976.

Mr. Berzon had been employed by the US Postal Service for seventeen years, until he was fired as a result of a postal inspector investigation in this case.

### Gambling History

Mr. Berzon's earliest forays into gambling occurred when he first went to the Wonderland greyhound track when he was eighteen years old. He very quickly was spending $100 to $200 per week at the track. He also started playing the illegal numbers game, and would also play the Massachusetts lottery. He would also spend $20 to $30 per day gambling in card rooms.

Mr. Berzon continued to gamble following his marriage. His habit became increasingly worse. In the early 1980's he had run up gambling debts of approximately $20,000 to $30,000. He hid his debts by signing up for credit cards his wife did not know about, and had the monthly statements sent to a post office box. Ultimately Mr. Berzon and his wife had to take out a second mortgage on their home to pay off the credit cards. All debts were paid off in full.

At about that time, Mr. Berzon enrolled in Gamblers' Anonymous and stayed clean for four years. He was attending meetings at the St. Mary's Church in Revere and also at the Club 24 in Malden, and a church in Brighton.

His gambling addiction flared up again about thirteen years ago. Mr. Berzon stopped attending Gambler's Anonymous Meetings because he felt he was cured. Shortly after that, Mr. Berzon began spending time at the track and once again started buying large quantities of lottery tickets.

Mr. Berzon was a closet-gambler. He would never go to the dog track with friends, and he kept the extent of his gambling habit secret from his wife. When she realized he was gambling again he would resume going to Gamblers' Anonymous meetings, and things would be better for a while. Still, whenever they went on vacations, he would be sure to pick a destination that had a casino nearby.

Mr. Berzon and his wife refinanced their home in order to pay off his gambling debts that had accumulated on the five or six credit cards Mr. Berzon had opened.

Most recently, Mr. Berzon's gambling was limited solely to Massachusetts lottery tickets. He would go to different places to purchase them so that the storeowners and clerks would not realize the extent of his gambling habit. Shortly before he was caught by US Postal Service investigators, one local gas station had started refusing to sell him lottery tickets, as they station owner believed that he was a gambling addict.

On the day that the postal investigators interviewed him, Mr. Berzon, overcome with shame, went home and attempted suicide by overdosing on sleeping pills. His wife came home and found him unconscious, and called an ambulance. Mr. Berzon spent two days in a psychiatric hospital and entered into a psychiatric day program following his discharge from the ward. Mr. Berzon regularly sees a therapist and takes prescribed medication for depression and to help him sleep.

Prior to his indictment, in March of 2004, Mr. Berzon resumed attending Gamblers' Anonymous, and now attends an average of three to four meetings per week, and has frequent contact with his Gambler's Anonymous sponsors, Jerry Sousa and Louis Schriaffa.

## Conclusion

Mr. Berzon accepts full responsibility for his actions, and now fully realizes the depth and severity of his gambling addiction. He has remained free from gambling ever since the day he was confronted by the postal inspectors.

Mr. Berzon deeply regrets his theft of postal funds, and his violation of the trust the US government and US Postal Service placed in him. Mr. Berzon has repaid to the US Postal Service the entire amount he misappropriated, the sum of $23,911.45. He also agrees to be placed on supervised probation for a period of two years. The funds for the restitution come from the refinancing of the home he and his wife own and occupy.

Mr. Berzon asks that this honorable court accept his guilty plea in accord with the plea agreement negotiated with the US Attorney's Office.

For the defendant,
Robert M. Berzon,
By his attorney,

November 1, 2005
Date

Darius Arbabi, Esq.
600 Worcester Road, Suite 504
Framingham, MA 01702
(508) 879-5879

5

To Whom It May Concern:

I have known Bob for almost 40 years. He has always been a kind and concerned person. He became addicted to gambling at an early age and it became an obsession with him. Gambling is recognized as a mental obsession by the medical world. There is no cure for this illness. It can only be arrested by joining Gamblers Anonymous. Bob has been attending these meetings faithfully; up to 5 to 6 nights a week. Trying to work the program faithfully is no easy task and it takes a lot of hard work.

As a member of this program successfully for the past 28 years, I have been working with Bob and see the hard effort he is putting in to completely lift this obsession from his life. You can't lift this obsession but with hard work and program you can stop gambling, a day at a time. Bob is fully involved in the program and attends meetings, giving 100% to staying free from gambling. So I ask that you please take his condition under consideration and try to be as lenient as possible in judging him.

Yours truly, *Louis A. Schraffa*

JOHN L. QUERZE
145 LEXINGTON ST
WOBURN, MA 01801
June 9, 2005

To Whom it May Concern:

Re: Bob (B) Berzon
135 Grove St.
Melrose, Ma.

My name in Gamblers Anonymous is Jack G. I've been in program since August 1989 and currently serve GA as treasurer of the Wilmington group.

Bob came back to the program on October 25, '04 and has faithfully attended our 3 Wilmington meetings at least once or twice a week.

He has been most helpful in the primary ways — always ready to help set up and tear down the meeting hall and, more importantly, his total honesty at meeting level and one on one discussions about his past misdeeds brought on by his addiction to gambling.

He is doing all he can to arrest his illness and to make whatever amends/restitutions are necessary.

Sincerely,
John L. Querze / Jack G

The Honorable Judith G. Dein
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

June 13, 2005

Dear Magistrate Dein:

I have know Robert Berzon thru the Gamblers Anonymous program for two years. I would like to state that Robert has been attending meetings regularly at the East Boston Social Center on Sunday mornings. I am the Secretary for this meeting. I feel that Robert has shown much progress in combating his gambling addiction, but he still has a long road ahead of him.

I understand that Robert would like to make restitution for all that he has done wrong and that he is committed to continuing his recovery through the Gamblers Anonymous program.

I hope you will take this letter into consideration when you make your sentencing decision.

Sincerely,

Gerald J Sousa
Secretary
Gamblers Anonymous

The Honorable Judith G. Dein
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way Suite 2300
Boston Mass. 02210

        5/23/05

Dear Magistrate Dein

    I have know Robert for over 20 years. he came into the Gamblers anonymous program when i was clean from gambling for seven years. He attended many meetings and he tried very hard to incorporate the steps of recovery into his life. He stayed clean from gambling for four years. I believe Robert can stay stopped from gambling throught the G.A. program one day at a time for many years if he is allowed the chance to recover from this baffling discease. I speak from the experience of remaining stopped from gambling for the last twenty seven years now, one day at a time.

        Sincerly

        *Frank Bernard*

        Frank B.

The Honorable Judith G. Dein
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way Suite 2300
Boston Mass. 02210


Honorable Judith G. Dein

I am righting to you in regards to Robert Berzon. As you my know Bob B. has A major Compulsive Gambling problem and I to suffer for this horrific disease. With the unity of the 12 steps of recovery and the support of the group I have been bet free for 10 years. I met Bob 7 to 8 months back and have become very close to him. He has been attending 4 plus meetings per week and appears to be bet free for the last 7 to 8 months. He has brought a lot to the meetings his pain is a reminder to new people and to the older ones like myself what can happen when the disease gets out of control. I see many new people come and go into the program only 1% stay bet free. Bob works the steps very hard and is always giving back at the meetings by helping set up, clean up or telling new people where they my end up with out the program. I believe that Bob B. is in that 1% of the group, he is doing so well that we are conceding him as secretary in one of the 3 weekly meetings we have in Wilmington Mass. Bob's value to society is through the Program helping other people so that they will not end up with the pain & problems of Compulsive Gambling and worst in U.S. District Court. I feel so strongly that Bob B. is not a criminal but just a poor sole with an insidious disease that can only be fixed through the 12-steps of unity.

Sincerely

Peter T. DaMore SR.
9 Presidential Drive
Wilmington Mass. 01887

Whom it may concern: —

My name is Gerald Calello. I worked [at] the Post Office for forty years. I've [atten]ded G.A. meetings regularly for 25 years.

[My f]riendship with Bob Berzon began six months [ago] when he first started attending G.A. meetings. Too many people attend the 1st meeting & [don't con]tinue to come to meetings. Bob did come [& con]tinued to come to meetings.

Compulsive gambling is an addiction just as [alcoh]olism & drugs are an addiction.

Alcoholics & drug users have had problems [over] the years & they have been given a [se]cond chance.

With the media barrage of different [way]s to gamble on, it is difficult for a comp[ulsive gam]bler not to give in to it.

All G.A. can do is ask comp. gamblers to [stop] gambling & come to meetings. Bob was complying [– n]ot gambling & coming to meetings. He may [have] weakened. He has the backing of the Lynn group [& oth]er groups supporting him & hoping that his [situ]ation will be treated fairly.

[Thank] you [for your c]onsideration

Jerry Calello, Treasurer Lynn G.A.
Phone # 781 599 6239

11/09/2004

TO WHOM IT MAY CONCERN,

MY NAME IS CHUCK J. AND I HAVE BEEN AN ACTIVE MEMBER OF GAMBLERS ANONYMOUS SINCE OCTOBER 1992 WHICH INCLUDES MY SERVICES ON THE TELEPHONE HOT LINE.

THIS LETTER IS TO LET THE PARTIES INVOLVED KNOW THAT ROBERT BERZON DID CONTACT ME ON THE TELEPHONE HOT LINE IN MARCH 2004 AND HAS BEEN ATTENDING GAMBLERS ANONYMOUS MEETINGS ON A REGULAR BASIS SINCE THEN.

TRUSTING YOU WILL FIND THE ABOVE IN ORDER.

CHUCK J.